**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Thomas S. Mairs, Plaintiff, vs. Greg Kowles and James Cummings, Defendants. | ) | Court File No. 0:00 CV-2792 (JRT/FLN) **STIPULATION AND ORDER EXTENDING DEFENDANT GREG KOWLES' TIME TO RESPOND TO COMPLAINT** |

It is hereby stipulated by the parties, through their respective counsel of record, that Defendant Greg Kowles may have an extension of time to answer or otherwise respond to Plaintiff's Complaint until the "substitution of parties" issue is resolved or until Plaintiff demands an Answer.

Dated: February 14, 2001

**LINDQUIST & VENNUM, PLLP**

By [signature]
Terrence J. Fleming, MN #128983
Jenna G. Johnson, MN #291067
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2205
Ph.: (612) 371-3211

*ATTORNEYS FOR DEFENDANT GREG KOWLES*



...EAL CLERK

Dated: February 7, 2001

**MOORE COSTELLO & HART, PLLP**

By ______________________
James E. Blaney, Esq.
55 East Fifth Street
Suite 1400
St. Paul, MN 55101-1792
Ph.: (651) 227-7683

*ATTORNEYS FOR PLAINTIFF*

**ORDER**

The above matter came on before the undersigned Magistrate Judge on the stipulation of the parties reflected above. Based on the stipulation, it is hereby ordered that the time for defendant Greg Kowles to move, answer or otherwise respond to plaintiff's Complaint shall be extended until March 16, 2001. ~~the "substitution of parties" issue is resolved or until Plaintiff demands an Answer.~~

Dated: March 6 ~~February 23~~, 2001

______________________
Franklin L. Noel
Magistrate Judge
United States District Court