**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MINNESOTA**

---

Thomas S. Mairs,

Plaintiff,

v.

Greg Kowles and James Cummings,

Defendants.

---

Civil No. 00-2792 JRT/FLN

**STIPULATION FOR AN AMENDED COMPLAINT**

IT IS THEREFORE STIPULATED among the parties that the Complaint be amended to substitute "Jay Anderson, d/b/a Jay Anderson Antiques" for Defendant Greg Kowles as a party defendant.

By entering into this Stipulation for Amended Complaint, Defendants do not admit any allegations contained in the Amended Complaint.

Dated: 3/29, 2001.

James E. Blaney
Minnesota Attorney Registration No. 227626
Moore, Costello & Hart, P.L.L.P.
1400 Norwest Center
55 East Fifth Street
Saint. Paul, Minnesota 55101-1792
Telephone: (651) 227-7683
Attorneys for Plaintiff

FILED APR 0 9 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: March 15, 2001.

Jenna G. Johnson
Minnesota Attorney Registration No. 291067
Lindquist & Vennum, P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 371-3211
Attorneys for Defendant Greg Kowles

Dated: 3/30, 2001.

Dwight P. Cummins
Minnesota Attorney Registration No. 158082
Cummins, Gervais & Blocher, Ltd.
363 5th Avenue North
Bayport, Minnesota 55003-1221
Telephone: (651) 430-2630
Attorneys for Defendant James Cummings

**ORDER**

Based upon all files, records, and proceedings herein, and based upon the above-stipulation,

IT IS HEREBY ORDERED, that the Complaint be amended to substitute "Jay Anderson, d/b/a Jay Anderson Antiques" for Defendant Greg Kowles as a party defendant.

Dated: April 6, 2001

Magistrate Judge of the United States
District Court

STP:86055.1