**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

THOMAS MAIRS,

Plaintiff,

v.

JAY ANDERSON d/b/a Jay Anderson Antiques, and JAMES CUMMINGS,

Defendants.

Civil No. 00-2792 (JRT/FLN)

**ORDER OF RECUSAL**

---

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter.

Accordingly, **IT IS ORDERED** that pursuant to the Court's Order for Assignment of Cases dated April 2, 2001, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the miscellaneous list of the automated case assignment system.

DATED: Dec. 20, 2001
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

DEC 20 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

December 3, 2001

Thomas Mairs

Civil 00-2792 JRT/FLN

Plaintiff

v.

Jay Anderson d/b/a Jay Anderson
Antiques, and James Cunnings,
Defendant

Civil No. **00-2792 DWF/FLN**

This case no. 00-2792 has been re-assigned to Judge Donovan W. Frank and Magistrate Judge Franklin L. Noel.

Please note new judge initials above and refer to those initials when filing pleadings with the District Court.