**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

THOMAS S. MAIRS,

Plaintiff,

v.

JAY ANDERSON, dba
Jay Anderson Antiques, and
JAMES CUMMINGS,

Defendants.

Civil No. 00-2792 (DWF/AJB)

**ORDER OF DISMISSAL**

---

James Blaney, Esq., Moore Costello & Hart, 1400 Norwest Center, 55 East 5th Street, St. Paul, MN 55101, counsel for Plaintiff.

Terrence Fleming, Esq., and Jenna Johnson, Esq., Lindquist & Vennum, 4200 IDS Center, 80 South 8th Street, Minneapolis, MN 55402; Dwight Cummins, Esq., Cummins Gervais & Associates, 363 5th Avenue North, Suite 101, Bayport, MN 55003, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: February 12, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed FEB 12 2002
Richard D. Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________